## No. 13,704.

## THE PENNSYLVANIA COMPANY v. McCARTY.

From the Clark Circuit Court.

S. Stansifer, for appellant.

J. B. Meriwether, for appellee.

ZOLLARS, C. J.—Appellee's animal entered upon appellant's railway and was killed by one of its trains at a point in the city of Jeffersonville where the track might have been, and, under the act of 1863 (R. S. 1881, section 4025, et seq.,) ought to have been, but was not, securely fenced.

The decision in the recent case of Jeffersonville, etc., R. R. Co. v. Dunlap, ante, p. 93, is conclusive upon the question here involved. Upon the authority of that case, the judgment is affirmed, with costs.

Filed Oct. 18, 1887.

## No. 10,402.

## DAVIDSON ET AL. v. HUTCHINS ET AL.

From the Marion Superior Court.

G. W. Galvin, for appellants.

S. Claypool and W. A. Ketcham, for appellees.

HOWK, J.—By the record of this cause, and the errors assigned thereon by the appellants, substantially the same questions, legal and equitable, are presented for decision as those which were carefully considered and correctly decided by this court in Davidson v. Koehler, 76 Ind. 398, and in Davidson v. Bates, 111 Ind. 391. Upon the authority of the cases cited, and for the reasons given in our opinions therein, this cause must be decided as those cases were decided.

The judgment is affirmed, with costs.

Filed Sept. 29, 1887; petition for a rehearing overruled Oct. 15, 1887.

## No. 12,905.

## BARRETT v. THE STATE, EX REL. MARSHALL.

From the Delaware Circuit Court.

R. S. Gregory, A. C. Silverburg and C. E. Shipley, for appellant.

J. W. Ryan, for appellee.

MITCHELL, J.—This was a proceeding by information in the nature of a quo warranto, instituted by the State, on the relation of Thomas Marshall, against James Barrett, to oust the latter from the office of commissioner for the third district of Delaware county.

It is conceded that the facts are parallel with those involved in the case of Jones v. State, ex rel., ante, p. 193, recently decided by this court.

On the authority of that case, the rulings and judgment of the circuit court in this case are affirmed.

Judgment affirmed, with costs.

Filed Oct. 22, 1887.